No. 78–1409. WILLIAMS *v.* PORT AUTHORITY OF NEW YORK AND NEW JERSEY ET AL., 441 U. S. 945;

No. 78–1430. PRETERM, INC., ET AL. *v.* KING, GOVERNOR OF MASSACHUSETTS, ET AL., 441 U. S. 952;

No. 78–1465. SAHARA-TAHOE CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 442 U. S. 917;

No. 78–1467. MIDTAUNE *v.* UNITED STATES, 442 U. S. 917;

No. 78–1470. LOPEZ *v.* UNITED STATES, 442 U. S. 947;

No. 78–1482. MEYERS *v.* CHILCOTE, 442 U. S. 925;

No. 78–1508. RUDDER ET AL. *v.* WISE COUNTY HOUSING AND REDEVELOPMENT AUTHORITY, 441 U. S. 939;

No. 78–1527. LUNA *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 442 U. S. 935;

No. 78–1529. HUNT ET AL. *v.* COMMODITY FUTURES TRADING COMMISSION, 442 U. S. 921;

No. 78–1541. HOWELL *v.* GATES ET AL., 442 U. S. 930;

No. 78–1543. SPERLING *v.* UNITED STATES, 441 U. S. 947;

No. 78–1554. BELL *v.* NEW JERSEY ET AL., 442 U. S. 918;

No. 78–1626. ROSENBAUM *v.* ROSENBAUM, 442 U. S. 935;

No. 78–1750. TUSSEL *v.* UNITED STATES, 442 U. S. 943;

No. 78–1922. AMERICAN FEDERATION OF LABOR & CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. *v.* KAHN, CHAIRMAN, COUNCIL ON WAGE AND PRICE STABILITY, ET AL., 443 U. S. 915;

No. 78–6223. VON BYRD *v.* TEXAS, 441 U. S. 967;

No. 78–6282. WHITEHEAD *v.* UNITED STATES, 442 U. S. 911;

No. 78–6308. RECTOR *v.* UNITED STATES, 441 U. S. 963;

No. 78–6330. VELEZ *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 441 U. S. 963;

No. 78–6375. FERGUSON *v.* TEXAS, 442 U. S. 934;

No. 78–6409. BELLO *v.* TEXAS, 442 U. S. 935; and

No. 78–6420. FRIEDMAN *v.* AVON PRODUCTS, 442 U. S. 911. Petitions for rehearing denied.